## DAVIS v. STATE.
### No. 14367.

Court of Criminal Appeals of Texas.
June 3, 1931.

T. T. Thompson, of Clarksville, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, J.

Conviction is for manufacturing intoxicating liquor; punishment being one year in the penitentiary.

The record is before us without statement of facts or bills of exception. In this condition nothing is presented for review.

The judgment is affirmed.

## TIPPS v. STATE.
### No. 14267.

Court of Criminal Appeals of Texas.
June 3, 1931.

W. Van Sickle, of Alpine, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, J.

Appellant was convicted of giving a worthless check, the punishment assessed being a fine of $25 and five days' confinement in the county jail.

No statement of facts or bills of exception are found in the record. In such condition nothing is presented for review.

The judgment is affirmed.